IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DONNIE JAMES MOORE, #167 503          *

     Plaintiff,          *

     v.          *          2:06-CV-346-ID

COMMISSIONER RICHARD ALLEN, *et al.*,          *

     Defendants.          *

_____

## ORDER

It has come to the court's attention that Plaintiff is no longer housed at the Ventress Correctional Facility which is the last known address the court has on file for Plaintiff. All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions.

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court his current address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1.    Plaintiff SHOW CAUSE on or before May 30, 2006 why his complaint should

not be dismissed for his failure to provide the court with his current address. Plaintiff is

cautioned that his failure to comply with this order will result in a Recommendation that his

complaint be dismissed without prejudice; and

      2.     The Clerk of Court SEND a copy of this order to Plaintiff at his last known

address.

      Done this 22nd day of May 2006.


          /s/ Vanzetta Penn McPherson
          VANZETTA PENN MCPHERSON
          UNITED   STATES   MAGISTRATE   JUDGE