IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNIE JAMES MOORE, #167 503, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv346-ID |
| ) | WO |
| COMMISSIONER RICHARD ALLEN, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the above-styled cause be and the same is hereby DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of June, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE